UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLENE A. FLAHERTY )<br>)<br>            Plaintiff )<br>)<br>v. )<br>)<br>MEDTRONIC, INC. )<br>)<br>            Defendant )<br>) | 06 CA 1296 JLT |

## STIPULATION OF DISMISSAL

The Plaintiff, Charlene A. Flaherty, and the Defendant, Medtronic, Inc., hereby stipulate that this action be dismissed with prejudice and without costs, waiving all rights of appeal.

CHARLENE A. FLAHERTY
By Her Attorney

_/s/ Kieran B. Meagher_
Kieran B. Meagher, Esq.
Kieran B. Meagher Associates LLC
92 Montvale Avenue
Stoneham, MA 02180
(781)246-1101

MEDTRONIC, INC.
By Its Attorney

_/s/ John P. McLafferty_
John P. McLafferty, Esq.
Day Pitney LLP
One International Place
Boston, MA 02110

C:\Shared\KBM\Flaherty\PLEADINGS\Stip of Dismissal - 5 16 07.doc